**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:26CV94** |
| **vs.** | |
| **SYLVIE CADJA,** | **ORDER TO SHOW CAUSE** |
| **Defendant.** | |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which provides, "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

The United States commenced this action against Defendant, Slyvie Cadja, on March 4, 2026. (Filing No. 1). On April 14, 2026, the United States filed a Waiver of the Service of Summons signed by Cadja on March 12, 2026, acknowledging she must file and serve an answer or a motion under Rule 12 within 60 days from March 4, 2026. (Filing No. 3). To date, Cadja has not filed any responsive pleading or otherwise appeared in this case, and the United States has taken no further action. The United States has a duty to prosecute the case and may, for example, seek default in accordance with the applicable rules, voluntarily dismiss the case, or take other action as appropriate. Under the circumstances, the United States must make a showing of good cause for failure to prosecute, or the action must be dismissed. Accordingly,

**IT IS ORDERED:** On or before **July 22, 2026**, the United States must show cause why this case should not be dismissed for failure to prosecute or take some other appropriate action.

Dated this 24th day of June, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge